USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
          :
CASABLANCA FOODS LLC,          :
          :
                  Plaintiff,      :          1:25-cv-5616-GHW
          :
            -v -                  :          ORDER
          :
MINA SAHAR SAFFRON LLC, *et al.*,      :
          :
                  Defendants.  :
          :
-------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

On July 14, 2025, Plaintiff filed a motion for preliminary injunction and a corresponding proposed order to show cause on ECF. Dkt. No. 14; Dkt. No. 19. The requirement in Rule 4(C) of the Court's Individual Rules of Practice in Civil Cases that Plaintiff present the proposed order to show cause and any supporting papers in-person is waived. Plaintiff is not required to present any papers to the Court's chambers.

SO ORDERED.

Dated: July 14, 2025
New York, New York

                                              GREGORY H. WOODS
                                         United States District Judge