```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CASABLANCA FOODS LLC,                    :
                                         :
                         Plaintiff,      :
                                         :         1:25-cv-5616-GHW
              -v-                        :
                                         :              ORDER
MINA SAHAR SAFFRON LLC, *et al.*,        :
                                         :
                         Defendants.     :
                                         :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

In the Court's order dated July 18, 2025, Dkt. No. 26, the Court scheduled a hearing for August 14, 2025 regarding the issuance of a preliminary injunction in this case. By order dated August 5, 2025, Defendants were directed to submit any opposition to Plaintiff's motion for a preliminary injunction no later than August 7, 2025. Defendants did not file an opposition. Therefore, the Court understands that Defendants do not intend to oppose the application.

The August 14, 2025 hearing remains on the Court's calendar. The parties are expected to appear for that hearing as scheduled. Alternatively, any application to adjourn the conference must be made by letter to the Court in accordance with the Court's Individual Rules of Practice in Civil Cases no later than 9:00 a.m. on August 13, 2025.

SO ORDERED.

Dated: August 12, 2025
New York, New York                            _____
                                                     GREGORY H. WOODS
                                                  United States District Judge